**Andrzej BOBEL, Neptun Light, Inc., Appellants**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee**

**Satco Products, Inc., Maxlite, Inc., Litetronics International, Inc., Intervenors.**

No. 2014–1701.

United States Court of Appeals, Federal Circuit.

July 14, 2015.

Sudip Kumar Kundu, The Fuisz–Kundu Group LLP, Washington, DC, argued for appellants. Also represented by John Robert Fuisz.

Robert John Needham, Office of General Counsel, International Trade Commission, Washington, DC, argued for appellee. Also represented by Wayne W. Herrington, Sidney A. Rosenzweig, Dominic L. Bianchi.

Robert Stephen Rigg, Vedder, Price, Kaufman & Kammholz, Chicago, IL, argued for intervenors. Intervenors Litet-

ronics International, Inc., MaxLite, Inc., also represented by Timothy Michael Nitsch. Intervenor Satco Products, Inc., represented by Robert P. Lynn, Jr., Stephen William Livingston, Lynn, Gartner, Dunne & Covello, LLP, Mineola, NY.

O'MALLEY, WALLACH, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**